IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEBORAH KOZUSKO,<br><br>Plaintiff,<br><br>vs.<br><br>C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC.,<br><br>Defendants. | **8:19CV397**<br><br>**ORDER** |

IT IS ORDERED:

1) The parties' joint motion to extend the stay of case progression is granted. (Filing No. 46).

2) Within ninety (90) calendar days of the date of this order, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court, together with submitting to the trial judge a draft order which will fully dispose of the case.

3) If a dismissal has not been filed by May 2, 2022, the Parties shall file a Joint Status Report regarding the status of the settlement.

4) The clerk shall set an May 2, 2022, case management deadline.

Dated this 31th day of January, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge